People of the State of Illinois, Village of Bridgeview, Illinois, Plaintiff-Appellant, v. Evelyn Talerico, Defendant-Appellee.

Gen. No. 48,805. 

First District, First Division.

January 28, 1963.

Thomas A. Matthews and Byron S. Matthews, of Chicago (Seymour Axelrood, of counsel), for appellant; Gerald W. Getty, Public Defender of Cook County, of Chicago (James J. Doherty and John M. Flaherty, Assistant Public Defenders, of counsel), for appellee. Opinion by MR. JUSTICE MURPHY. **Not to be published in full.**